**DYKAS & SHAVER LLP**
Frank J. Dykas
PO Box 877
Boise, ID 83701
(208) 345-1122
frank@dykaslaw.com

<u>VIA CM/ECF</u>

Hon. Judge Joseph C. Spero, U.S.M.J.                                        January 14, 2011
United States District Court
Northern District of California
450 Golden Gate Avenue
San Franciso, Caliornia 94102

       Re: <u>**ECOLIGHT v. 5.11 INC, Case No. C10-02572 (JCS)**</u>

Dear Judge Spero,

      In accordance with the instructions of the Case Management and Pretrial Order for this case, dated September 27, 2010, CMECF Document 29, above named counsel for Defendant 5.11, respectfully requests appearance by phone at the Case Management Conference scheduled for January 21, 2011, at 1:30 pm.

      The land line phone number for counsel, Frank J. Dykas, is (208) 345-1122.

                                    Respectfully submitted,

                                    /s/ Frank J. Dykas
                                    FRANK J. DYKAS

cc: Steven A. Nielsen (via CMECF)

   Counsel shall be on phone standby beginning at 1:30 PM (PST) and await the Court's call.

Dated: 1/19/11

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]