UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOLIGHT, LLC, a California limited liability company,<br><br>    Plaintiff and Counter Defendant,<br><br>               vs.<br>5.11, INC., a California corporation and Roes 1 – 100;<br><br>    Defendants and Counter Claimants. | **Case No. CV 10-2572 JCS**<br><br>**STIPULATION AND JOINT REQUEST THAT THE COURT CONTINUE THE CMC OF JANUARY 21, 2011 TO FEBRUARY 11, 2011** |

   Plaintiff Ecolight, LLC and Cross Complainant Mark Robinett ("Plaintiffs") and Defendant 5.11, Inc. ("Defendant") by and through their respective counsel, jointly stipulate and make the following request:

   1. The parties have reached a settlement and are in the process of drafting the closing documents.

---

STIPULATION AND JOINT REQUEST TO CONTINUE CMC [1]

2. The parties have notified Mr. William Abrams, the appointed mediator, and cancelled the mediation session scheduled to occur on Thursday, January 20, 2011. Mr. Abrams was exceptionally diligent in organizing the mediation and in encouraging the parties to prepare for the mediation.

3. The parties intend to have all settlement documents executed prior to February 11, 2011.

4. Accordingly, the parties therefore request that the Court vacate the CMC currently set for Friday January 21, 2011 and reset the CMC to February 11, 2011.

AGREED AND SO STIPULATED:

DATED: January 19, 2011   **Allman & Nielsen P.C.**

By /s/ Steven A. Nielsen

Steven A. Nielsen
Attorneys for Plaintiffs

ECOLIGHT, LLC, a California limited liability company and Mark Robinett.

DATED: January 20, 2011   **Dykas & Shaver LLP**

By /s/ Frank J. Dykas
Frank J. Dykas
Attorneys for Defendant

5.11, Inc., a California corporation

APPROVED AND SO ORDERED

DATED: January 21, 2011

THE HONORABLE JOSEPH C. SPERO

STIPULATION AND JOINT REQUEST TO CONTINUE CMC [2]