UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOLIGHT, LLC, a California limited liability company,<br><br>　　Plaintiff and Counterdefendant,<br><br>　　vs.<br><br>5.11, INC, a California corporation and Roes 1-100, INC<br><br>　　Defendant and Counterclaimants.<br><br>5.11, INC, a California corporation<br><br>　　Third-Party Plaintiff and Counterdefendant,<br><br>　　vs.<br><br>ECOLIGHT, LLC and Mark Robinett<br><br>　　Third-Party Defendant and Counterclaimant. | **Case 3:10-cv-02572-JCS**<br><br>**STIPULATION AND JOINT REQUEST THAT THE COURT CONTINUE THE JOINT CLAIM CONSTRUCTION PREHEARING STATEMENT OF FEBRUARY 1, 2011 TO FEBRUARY 11, 2011.** |

Defendant and Counter Claimant 5.11, Inc. ("Defendant") and Plaintiff Ecolight, LLC and Cross Complainant Mark Robinett ("Plaintiffs") by and through their respective counsel, jointly stipulate and make the following request:

- 1 -
STIPULATION AND JOINT TO CONTINUE JOINT CLAIM CONSTRUCTION

1. The parties have reached a settlement and are in the process of drafting the closing documents.

2. The parties intend to have all settlement documents executed prior to February 11, 2011.

3. Accordingly, the parties therefore request that the Court vacate the Joint claim Construction Prehearing Statement currently set for Tuesday, February 1, 2011, and reset the date to February 11, 2011.

AGREED AND SO STIPULATED:


DATED:  February 1, 2011                **Dykas & Shaver LLP**

                                        By _/s/ Frank J. Dykas_
                                        Frank J. Dykas
                                        Attorney for Defendant




                                        **Allman & Nielsen P.C.**

                                        By __/s/ Steven A. Nielsen_
                                        Steven A. Nielsen
                                        Attorney for Plaintiffs



APPROVED AND SO ORDERED

Dated: __02/02/11_____        _____
                                        THE HONORABLE JOSEPH C. SPERO

_____

- 2 -
STIPULATION AND JOINT TO CONTINUE JOINT CLAIM CONSTRUCTION