**DYKAS & SHAVER LLP**
Frank J. Dykas
Scott D. Swanson
PO Box 877
Boise, ID  83701
(208) 345-1122
frank@dykaslaw.com
swanson@dykaslaw.com

<u>VIA CM/ECF</u>

Hon. Judge Joseph C. Spero, U.S.M.J.                              February 4, 2011
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

   Re: <u>**ECOLIGHT v. 5.11 INC, Case No. C10-02572 (JCS)**</u>

Dear Judge Spero,

  In accordance with the instructions of the Case Management and Pretrial Order for this case, dated September 27, 2010, CMECF Document 29, above named counsel for Defendant 5.11, respectfully requests appearance by phone at the Case Management Conference scheduled for February 11, 2011, at 1:30 pm.

  The landline phone number for counsel, Frank J. Dykas, is (208) 345-1122.

           Respectfully submitted,

           <u>/s/ Frank J. Dykas</u>
           FRANK J. DYKAS

cc:  Steven A. Nielsen (via CMECF)

Counsel shall be on phone standby beginning at 1:30 p.m., and await the Court's call.

Dated:  Feb. 4, 2011



IT IS SO ORDERED
Judge Joseph C. Spero