Allman & Nielsen, P.C.
Steven A. Nielsen
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939


**VIA ECF**

Hon. Judge Joseph C. Spero, U.S.M.J                        February 7, 2011
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


     Re: *Ecolight v. 5.11* C10-02572 (JCS)  -  Ecolight Telephone Appearance at Feb. 11, 2011 CMC


Dear Judge Spero:


     Counsel for Plaintiff Ecolight respectfully requests appearance by phone at the Case

Management Conference currently scheduled for February 11, 2011, at 1:30 AM.  As of this writing, the

parties are still finalizing the terms of their settlement agreement.

     The landline phone number for counsel, Steven A. Nielsen, is (415) 461-2700 x 203.


                 Respectfully submitted,


                 /s/ Steven A. Nielsen
                 Steven A. Nielsen

cc:  Frank J. Dykas  (via ECF)

 Dated: 2/7/11    Counsel shall establish a conference call in number and provide that information
 to the Court and Mr. Dykas by Wed., Feb. 9, 2011.  Counsel will be sent an email on the day
 of the cmc 10 minutes before case is called so they can dial into the conference call number.

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA