UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOLIGHT, LLC, a California limited liability company, ) ) ) | Case 3:10-cv-02572-JCS |
| Plaintiff and Counterdefendant, ) ) ) | [~~PROPOSED~~] ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE |
| vs. ) ) | |
| 5.11, INC, a California corporation and Roes 1-100, INC ) ) ) | |
| Defendant and Counterclaimant. ) ) ) | |
| 5.11, INC, a California corporation ) ) | |
| Third-Party Plaintiff and Counterdefendant, ) ) ) | |
| vs. ) ) | |
| ECOLIGHT, LLC and Mark Robinett ) ) | |
| Third-Party Defendant and Counterclaimant. ) ) | |

Currently pending before the Court is a Stipulation of the parties for dismissal of all claims with prejudice. The foregoing stipulation, having duly and regularly come before the Court and with good cause appearing therefore, the Stipulation is hereby APPROVED.

Dated: 02/28/11



THE HONORABLE JOSEPH C. SPERO